IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION NO. 2:04cv444-T (WO)** |
| **DICK HOLLENBECK, doing business as Dick's Plastering, et al.,** | ) ) ) ) | |
| **Defendants.** | ) | |

**JUDGMENT**

Pursuant to the stipulations of dismissal (Doc. Nos. 17 & 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of May, 2005.

                                          **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**